## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BELINDA  MOORE**                                                                                    **PLAINTIFF**

**V.**                                    **CASE NO.  3:07CV00109 BD**

**MICHAEL J.  ASTRUE,**
**Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

### <u>JUDGMENT</u>

In accordance with the Order filed in this matter this date, it is considered, ordered

and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's

Complaint is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of September, 2008.

_____

UNITED STATES MAGISTRATE JUDGE